# Exhibit 2

| US8666560B2 | Belkin Wemo Wifi Smart Plug ("The accused product") |
|---|---|
| 1. A Smart Gateway Power Control (SGPC) system comprising: (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface; | The accused product discloses a Smart Gateway Power Control (SGPC) system that comprises (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.<br><br>The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface). The smart plug comprises memory that contains the tangible non-transitory computer usable medium having computer-readable program code.<br><br>**belkin**   Products   Sale   New Arrivals   Shop By   Business   Support<br><br>## Meet the Wemo WiFi Smart Plug, WSP080<br><br>The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF. The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem. It is the simple entry-point to the smart home experience. For more information, click here.<br><br>**Front Panel**<br><br>https://www.belkin.com/support-article/?articleNum=317057 |



**Wemo Smart Plug** with Thread - Smart Outlet for Apple HomeKit - Smart Home Products, Smart Home Lighting, Smart Home Gadgets - Homekit Smart Plug - Works W/ Apple iPhone, Easy NFC Set Up, White

Visit the Belkin Store

3.0 ★★★☆☆ ✓ (1,163)

**100+ bought** in past month

$28⁹⁹

https://www.amazon.com/Wemo-Smart-Plug-Thread-Products/dp/B09T4S3QKC/



Apple® HomeKit™ code sticker

Power button

https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

 **belkin**    Products    Sale    New Arrivals    Shop By    Business    Support

# Setting up your Wemo WiFi Smart Plug, WSP080 on an Android device

The **Wemo WiFi Smart Plug, WSP080** lets you turn electronic devices ON or OFF from anywhere.  This article will help you set up the Wemo WiFi Smart Plug using an Android™ device.

**Before you begin:**
- Make sure your mobile device is connected to your home Wi-Fi.
- Create a Wemo Account.  To know how, click here.
- Download the latest Wemo App from the Google Play™ store.
- If you are installing multiple Wemo WiFi Smart Plugs, write down the default Wi-Fi name (e.g., Wemo.Plug.001) located at its side.

https://www.belkin.com/support-article/?articleNum=317094

## Product Features

- 802.11n (2.4 GHz Wi-Fi)
- Works with the Wemo Cloud Server
- Manage and access your Wemo with the Wemo App
- Supports Rules and Schedules
- Away Mode support - Look like you're home even when you're not
- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)
- Control and schedule lights and appliances from anywhere
- Space-saving design (won't cover the whole outlet)
- Works with the following third-party services:
    - Apple HomeKit
    - Amazon Alexa
    - Google Assistant™
    - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
  - WPA™ (TKIP) with pre-shared key (PSK)
  - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057

The Belkin's Wemo Wifi Smart Plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor.

Wemo Smart Plug

**01.**

**Remote Control**

Turn devices on and off wherever you are using the Wemo app.

**02.**

**Scheduling**

Set schedules to automatically power electronics on and off.

**03.**

**Voice Control**

Control the smart plug with Alexa, Google Assistant or Siri.

**04.**

**Energy Monitoring**

View energy usage data to reduce electricity costs.

**05.**

**Away Mode**

Randomly turn lights on/off to deter intruders when you're away.

**06.**

**Compact Design**

Slim plug fits perfectly into cramped outlets without blocking others.

https://wemoofficial.com/wemo-smart-plug/

## What is the Wemo Smart Plug?                                    ✕

The Wemo Smart Plug is a WiFi–enabled power outlet that can be remotely controlled using a smartphone app or voice commands. It allows you to turn electronic devices on or off from anywhere using your phone. The smart plug can also monitor energy usage.

https://wemoofficial.com/wemo-smart-plug/

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775



https://www.belkin.com/support-article/?articleNum=317094

| wherein said power switch comprises a primary and secondary contactor, said primary and | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin). The smart plug comprises a switch (e.g., power switch) that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint). |

| secondary contactor electrically connected in response to a control input; |  **Meet the Wemo WiFi Smart Plug, WSP080** The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF. The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem. It is the simple entry-point to the smart home experience. For more information, click here. **Front Panel**  https://www.belkin.com/support-article/?articleNum=317057 |
|---|---|

**Apple® HomeKit™ code sticker**



**Power button**





https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

| | |
|---|---|
| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Belkin's Wemo Wifi Smart Plug disclose an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch). |



Products    Sale    New Arrivals    Shop By    Business    Support

# Meet the Wemo WiFi Smart Plug, WSP080

The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF.  The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem.  It is the simple entry-point to the smart home experience.  For more information, click here.

## Front Panel



https://www.belkin.com/support-article/?articleNum=317057

**Apple® HomeKit™ code sticker**



**Power button**





https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch). |
| --- | --- |

 **belkin**    Products    Sale    New Arrivals    Shop By    Business    Support

# Meet the Wemo WiFi Smart Plug, WSP080

The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF.  The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem.  It is the simple entry-point to the smart home experience.  For more information, click here.

## Front Panel



https://www.belkin.com/support-article/?articleNum=317057

**Apple® HomeKit™ code sticker**



**Power button**





https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

| said power monitor produces a power value output in response to the electrical power flowing through said power load receptacle; | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.<br><br>Belkin's Wemo Wifi Smart Plug monitors the power load using a power monitoring and power value output in response to electrical power flowing through the power load receptacle. |
|---|---|

 belkin    Products    Sale    New Arrivals    Shop By    Business    Support

# Meet the Wemo WiFi Smart Plug, WSP080

The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF. The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem. It is the simple entry-point to the smart home experience. For more information, click here.

## Front Panel



https://www.belkin.com/support-article/?articleNum=317057

 Products    Sale    New Arrivals    Shop By    Business    Support

# Setting up your Wemo WiFi Smart Plug, WSP080 on an Android device

The **Wemo WiFi Smart Plug, WSP080** lets you turn electronic devices ON or OFF from anywhere.  This article will help you set up the Wemo WiFi Smart Plug using an Android™ device.

**Before you begin:**
- Make sure your mobile device is connected to your home Wi-Fi.
- Create a Wemo Account.  To know how, click here.
- Download the latest Wemo App from the Google Play™ store.
- If you are installing multiple Wemo WiFi Smart Plugs, write down the default Wi-Fi name (e.g., Wemo.Plug.001) located at its side.

https://www.belkin.com/support-article/?articleNum=317094

## Product Features

- 802.11n (2.4 GHz Wi-Fi)
- Works with the Wemo Cloud Server
- Manage and access your Wemo with the Wemo App
- Supports Rules and Schedules
- Away Mode support - Look like you're home even when you're not
- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)
- Control and schedule lights and appliances from anywhere
- Space-saving design (won't cover the whole outlet)
- Works with the following third-party services:
  - Apple HomeKit
  - Amazon Alexa
  - Google Assistant™
  - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
  - WPA™ (TKIP) with pre-shared key (PSK)
  - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057

The Belkin's Wemo Wifi Smart Plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor.

Wemo Smart Plug

**01.**

Remote Control

Turn devices on and off wherever you are using the Wemo app.

**02.**

Scheduling

Set schedules to automatically power electronics on and off.

**03.**

Voice Control

Control the smart plug with Alexa, Google Assistant or Siri.

**04.**

Energy Monitoring

View energy usage data to reduce electricity costs.

**05.**

Away Mode

Randomly turn lights on/off to deter intruders when you're away.

**06.**

Compact Design

Slim plug fits perfectly into cramped outlets without blocking others.

https://wemoofficial.com/wemo-smart-plug/

**What is the Wemo Smart Plug?** ✕

The Wemo Smart Plug is a WiFi-enabled power outlet that can be remotely controlled using a smartphone app or voice commands. It allows you to turn electronic devices on or off from anywhere using your phone. The smart plug can also monitor energy usage.

https://wemoofficial.com/wemo-smart-plug/



https://play.google.com/store/apps/details?id=com.belkin.wemoandroid&hl=en_US

| said computing device is electrically connected to said power switch | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input.<br><br>The accused product comprises a processor (e.g., computing device) that is electrically connected to the relay on the PCB. |
| --- | --- |

| | |
|---|---|
| control input; | <br><br>*Source: Teardown of the accused product* |
| said computing device is electrically connected to said power monitor power value output; | The accused product discloses the system such that said computing device that is electrically connected to said power monitor power value output.<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. |



*Source: Teardown of the accused product*

Wemo Smart Plug

**01.**

**Remote Control**

Turn devices on and off wherever you are using the Wemo app.

**02.**

**Scheduling**

Set schedules to automatically power electronics on and off.

**03.**

**Voice Control**

Control the smart plug with Alexa, Google Assistant or Siri.

**04.**

**Energy Monitoring**

View energy usage data to reduce electricity costs.

**05.**

**Away Mode**

Randomly turn lights on/off to deter intruders when you're away.

**06.**

**Compact Design**

Slim plug fits perfectly into cramped outlets without blocking others.

https://wemoofficial.com/wemo-smart-plug/

**What is the Wemo Smart Plug?**    ✕

The Wemo Smart Plug is a WiFi–enabled power outlet that can be remotely controlled using a smartphone app or voice commands. It allows you to turn electronic devices on or off from anywhere using your phone. The smart plug can also monitor energy usage.

https://wemoofficial.com/wemo-smart-plug/



https://play.google.com/store/apps/details?id=com.belkin.wemoandroid&hl=en_US

| | |
|---|---|
| said computing device is configured to communicate to a first computer network via | The accused product discloses the system such that said computing device (e.g., processor) that is configured to communicate to a first computer network (e.g., communication network between Wemo cloud server and Belkin's Wemo Wifi Smart Plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Wemo smartphone app) communicating with a second computer network (e.g., communication network between Wemo cloud server and Wemo smartphone app) using a communication device (e.g., a smartphone |

| said wireless communication interface and modulates the state of said power switch control input in response to commands received from a user interface communicating with a second computer network using a communication device; | enabled with Wemo smartphone app).<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Wemo cloud server.<br><br>Further, Belkin provides Wemo smartphone app that can communicate to the Wemo cloud server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug. |



https://www.belkin.com/support-article/?articleNum=317094



https://www.belkin.com/support-article/?articleNum=317094



https://www.belkin.com/support-article/?articleNum=317094

 Products    Sale    New Arrivals    Shop By    Business    Support

# Setting up your Wemo WiFi Smart Plug, WSP080 on an Android device

The **Wemo WiFi Smart Plug, WSP080** lets you turn electronic devices ON or OFF from anywhere.  This article will help you set up the Wemo WiFi Smart Plug using an Android™ device.

**Before you begin:**
- Make sure your mobile device is connected to your home Wi-Fi.
- Create a Wemo Account.  To know how, click here.
- Download the latest Wemo App from the Google Play™ store.
- If you are installing multiple Wemo WiFi Smart Plugs, write down the default Wi-Fi name (e.g., Wemo.Plug.001) located at its side.

https://www.belkin.com/support-article/?articleNum=317094

Belkin's Wemo Wifi Smart Plug can be controlled with the Wemo app over the Wemo service that is based in cloud. This indicates a communication between a computing device (Belkin's Wemo Wifi Smart Plug) first network to a user interface enabled communication device such as smartphone in a second network.

## Product Features

- 802.11n (2.4 GHz Wi-Fi)

- Works with the Wemo Cloud Server

- Manage and access your Wemo with the Wemo App

- Supports Rules and Schedules

- Away Mode support - Look like you're home even when you're not

- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)

- Control and schedule lights and appliances from anywhere

- Space-saving design (won't cover the whole outlet)

- Works with the following third-party services:

  - Apple HomeKit

  - Amazon Alexa

  - Google Assistant™

  - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
  - WPA™ (TKIP) with pre-shared key (PSK)
  - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

| | |
|---|---|
| said computing device is configured to communicate with said first computer network via said wireless communicati on interface and transmits | The accused product discloses the system such that said computing device that is configured to communicate with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device.<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Wemo cloud server.<br><br>Further, Belkin provides an Wemo smartphone app that can communicate to the Wemo cloud server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown |

| said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device; | below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug.  https://www.belkin.com/support-article/?articleNum=317094 |



https://www.belkin.com/support-article/?articleNum=317094



https://www.belkin.com/support-article/?articleNum=317094

 Products     Sale     New Arrivals     Shop By     Business     Support

# Setting up your Wemo WiFi Smart Plug, WSP080 on an Android device

The **Wemo WiFi Smart Plug, WSP080** lets you turn electronic devices ON or OFF from anywhere.  This article will help you set up the Wemo WiFi Smart Plug using an Android™ device.

**Before you begin:**

- Make sure your mobile device is connected to your home Wi-Fi.
- Create a Wemo Account.  To know how, click here.
- Download the latest Wemo App from the Google Play™ store.
- If you are installing multiple Wemo WiFi Smart Plugs, write down the default Wi-Fi name (e.g., Wemo.Plug.001) located at its side.

https://www.belkin.com/support-article/?articleNum=317094

Belkin's Wemo Wifi Smart Plug can be controlled with the Wemo app over the Wemo service that is based in cloud. This indicates a communication between a computing device (Belkin's Wemo Wifi Smart Plug) first network to a user interface enabled communication device such as smartphone in a second network.

## Product Features

- 802.11n (2.4 GHz Wi-Fi)

- Works with the Wemo Cloud Server

- Manage and access your Wemo with the Wemo App

- Supports Rules and Schedules

- Away Mode support - Look like you're home even when you're not

- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)

- Control and schedule lights and appliances from anywhere

- Space-saving design (won't cover the whole outlet)

- Works with the following third-party services:

  - Apple HomeKit

  - Amazon Alexa

  - Google Assistant™

  - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
  - WPA™ (TKIP) with pre-shared key (PSK)
  - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

Wemo Smart Plug

01.

Remote Control

Turn devices on and off wherever you are using the Wemo app.

02.

Scheduling

Set schedules to automatically power electronics on and off.

03.

Voice Control

Control the smart plug with Alexa, Google Assistant or Siri.

04.

Energy Monitoring

View energy usage data to reduce electricity costs.

05.

Away Mode

Randomly turn lights on/off to deter intruders when you're away.

06.

Compact Design

Slim plug fits perfectly into cramped outlets without blocking others.

https://wemoofficial.com/wemo-smart-plug/

**What is the Wemo Smart Plug?**    ✕

The Wemo Smart Plug is a WiFi–enabled power outlet that can be remotely controlled using a smartphone app or voice commands. It allows you to turn electronic devices on or off from anywhere using your phone. The smart plug can also monitor energy usage.

https://wemoofficial.com/wemo-smart-plug/



https://play.google.com/store/apps/details?id=com.belkin.wemoandroid&hl=en_US

| said computing device is configured to | The accused product discloses the system such that said computing device that is configured to send a periodic message (e.g., periodic messages from smart plug to Wemo cloud server such as status messages, power monitoring messages, etc.) from said SGPC to a proxy server (e.g., Wemo cloud server) containing the ID, password (e.g., a respective user account information, device |

| | |
|---|---|
| send a periodic message from said SGPC to a proxy server containing the ID, password, router IP ADR, port, and subnet vector or path of said SGPC; | unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Wemo cloud server), router IP ADR, port, and subnet vector (e.g., IP address, subnet address, port address, etc.) or path of said SGPC.<br><br>Wemo smartphone app provides power usage values of the Belkin's Wemo Wifi Smart Plug. It receives these values from the Wemo cloud server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Wemo cloud server.<br><br>## Product Features<br><br>- 802.11n (2.4 GHz Wi-Fi)<br>- Works with the Wemo Cloud Server<br>- Manage and access your Wemo with the Wemo App<br>- Supports Rules and Schedules<br>- Away Mode support - Look like you're home even when you're not<br>- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)<br>- Control and schedule lights and appliances from anywhere<br>- Space-saving design (won't cover the whole outlet)<br>- Works with the following third-party services:<br>    - Apple HomeKit<br>    - Amazon Alexa<br>    - Google Assistant™<br>    - If This Then That (IFTTT®) |

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
  - WPA™ (TKIP) with pre-shared key (PSK)
  - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057

    Products    Sale    New Arrivals    Shop By    Business    Support

# What is a Wemo Account

**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices.  It allows you to password-protect your Wemo devices and manage who has access to them.  On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.

## How does it work?

Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account.  Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App.  You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.

https://www.belkin.com/support-article

## Do I have to use a Wemo Account?

A Wemo Account is required to set up new Wemo devices.  Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account.  However, creating a Wemo Account and moving your devices to it is highly recommended.

## Are you just trying to collect my information?

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations.  The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



https://www.belkin.com/ca/support-article/?articleNum=316280



*Source: Teardown of the accused product*



https://youtu.be/zYXkDdwoIwY

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

- Confirm if your phone or tablet has remote access.
- If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.
- Try rebooting your router and modem.
- If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/my/support-article?articleNum=224185

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775

<table>
<tr><td></td><td>

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

Confirm if your phone or tablet has remote access.

If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.

Try rebooting your router and modem.

If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/support-article/?articleNum=224185

</td></tr>
<tr><td>said computing device is configured to store said SGPC periodic message with a proxy server in an SGPC ID translation database;</td><td>

The accused product discloses the system such that said computing device that is configured to store said SGPC periodic message with a proxy server (e.g., Wemo cloud server) in an SGPC ID translation database (e.g., a unique device identifier corresponding to the accused product).

Wemo smartphone app provides power usage values of the Belkin's Wemo Wifi Smart Plug. It receives these values from the Wemo cloud server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Wemo cloud server.

Further, while registering a Belkin's Wemo Wifi Smart Plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Wemo smartphone app.

</td></tr>
</table>

## Product Features

- 802.11n (2.4 GHz Wi-Fi)
- Works with the Wemo Cloud Server
- Manage and access your Wemo with the Wemo App
- Supports Rules and Schedules
- Away Mode support - Look like you're home even when you're not
- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)
- Control and schedule lights and appliances from anywhere
- Space-saving design (won't cover the whole outlet)
- Works with the following third-party services:
    - Apple HomeKit
    - Amazon Alexa
    - Google Assistant™
    - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
    - WPA™ (TKIP) with pre-shared key (PSK)
    - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



https://www.belkin.com/ca/support-article/?articleNum=316280

 **belkin**     Products     Sale     New Arrivals     Shop By     Business     Support

# What is a Wemo Account

**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices.  It allows you to password-protect your Wemo devices and manage who has access to them.  On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.

## How does it work?

Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account.  Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App.  You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.

https://www.belkin.com/support-article

## Do I have to use a Wemo Account?

A Wemo Account is required to set up new Wemo devices.  Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account.  However, creating a Wemo Account and moving your devices to it is highly recommended.

## Are you just trying to collect my information?

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations.  The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



*Source: Teardown of the accused product*



https://youtu.be/zYXkDdwoIwY

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

- Confirm if your phone or tablet has remote access.
- If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.
- Try rebooting your router and modem.
- If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/my/support-article?articleNum=224185

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775

| | |
|---|---|
| | **Wemo device not Detected**<br><br>If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:<br><br>Confirm if your phone or tablet has remote access.<br><br>If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.<br><br>Try rebooting your router and modem.<br><br>If none of these steps help, give our support team a call.  For more information, click here.<br><br>**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.<br><br>https://www.belkin.com/support-article/?articleNum=224185 |
| said communication device is configured to request a SGPC ID translation by said proxy server from said user interface; | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Wemo smartphone app) that is configured to request a SGPC ID translation (e.g., requesting information for the accused product) by said proxy server from said user interface.<br><br>Wemo smartphone app provides power usage values of the Belkin's Wemo Wifi Smart Plug. It receives these values from the Wemo cloud server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Wemo cloud server.<br><br>Further, while registering a Belkin's Wemo Wifi Smart Plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Wemo smartphone app. |

## Product Features

- 802.11n (2.4 GHz Wi-Fi)

- Works with the Wemo Cloud Server

- Manage and access your Wemo with the Wemo App

- Supports Rules and Schedules

- Away Mode support - Look like you're home even when you're not

- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)

- Control and schedule lights and appliances from anywhere

- Space-saving design (won't cover the whole outlet)

- Works with the following third-party services:

  - Apple HomeKit

  - Amazon Alexa

  - Google Assistant™

  - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
  - WPA™ (TKIP) with pre-shared key (PSK)
  - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



https://www.belkin.com/ca/support-article/?articleNum=316280

 **belkin**     Products     Sale     New Arrivals     Shop By     Business     Support

# What is a Wemo Account

**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices.  It allows you to password-protect your Wemo devices and manage who has access to them.  On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.

## How does it work?

Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account.  Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App.  You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.

https://www.belkin.com/support-article

## Do I have to use a Wemo Account?

A Wemo Account is required to set up new Wemo devices.  Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account.  However, creating a Wemo Account and moving your devices to it is highly recommended.

## Are you just trying to collect my information?

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations.  The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



*Source: Teardown of the accused product*



https://youtu.be/zYXkDdwoIwY

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

- Confirm if your phone or tablet has remote access.
- If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.
- Try rebooting your router and modem.
- If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/my/support-article?articleNum=224185

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775

<table>
<tr><td></td><td>

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

Confirm if your phone or tablet has remote access.

If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices. If you are able to control them remotely, then remote access is enabled for them.

Try rebooting your router and modem.

If none of these steps help, give our support team a call. For more information, click here.

**NOTE:** Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home. In this particular case, Google VPN is blocking and preventing linking. This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device. Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/support-article/?articleNum=224185
</td></tr>
<tr><td>

said communication device is configured to validate said SGPC ID and password provided by said user interface using said proxy server;
</td><td>

The accused product discloses the system such that said communication device that is configured to validate said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device from the intended user account at the server) provided by said user interface (e.g., Wemo smartphone app interface) using said proxy server (e.g., Wemo cloud server).

Wemo smartphone app provides power usage values of the Belkin's Wemo Wifi Smart Plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.

Further, while registering a Belkin's Wemo Wifi Smart Plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Wemo smartphone app.
</td></tr>
</table>

## Product Features

- 802.11n (2.4 GHz Wi-Fi)

- Works with the Wemo Cloud Server

- Manage and access your Wemo with the Wemo App

- Supports Rules and Schedules

- Away Mode support - Look like you're home even when you're not

- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)

- Control and schedule lights and appliances from anywhere

- Space-saving design (won't cover the whole outlet)

- Works with the following third-party services:

  - Apple HomeKit

  - Amazon Alexa

  - Google Assistant™

  - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
    - WPA™ (TKIP) with pre-shared key (PSK)
    - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



https://www.belkin.com/ca/support-article/?articleNum=316280

 **belkin**    Products    Sale    New Arrivals    Shop By    Business    Support

# What is a Wemo Account

**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices.  It allows you to password-protect your Wemo devices and manage who has access to them.  On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.

## How does it work?

Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account.  Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App.  You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.

https://www.belkin.com/support-article

## Do I have to use a Wemo Account?

A Wemo Account is required to set up new Wemo devices.  Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account.  However, creating a Wemo Account and moving your devices to it is highly recommended.

## Are you just trying to collect my information?

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations.  The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



*Source: Teardown of the accused product*



https://youtu.be/zYXkDdwoIwY

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

- Confirm if your phone or tablet has remote access.
- If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.
- Try rebooting your router and modem.
- If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/my/support-article?articleNum=224185

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

Confirm if your phone or tablet has remote access.

If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices. If you are able to control them remotely, then remote access is enabled for them.

Try rebooting your router and modem.

If none of these steps help, give our support team a call. For more information, click here.

**NOTE:** Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home. In this particular case, Google VPN is blocking and preventing linking. This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device. Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/support-article/?articleNum=224185

| | |
|---|---|
| said communication device is configured to determine if said SGPC ID and password are valid, and if so, return the router IP ADR, port, and subnet vector or path for said SGPC to said user | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Wemo smartphone app) that is configured to determine if said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device at the intended user account at the server) are valid, and if so, return the router IP ADR, port, and subnet vector or path for said SGPC to said user interface.<br><br>Wemo smartphone app provides power usage values of the Belkin's Wemo Wifi Smart Plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.<br><br>Further, while registering a Belkin's Wemo Wifi Smart Plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Wemo smartphone app. |

| interface; and | **Product Features**<br><br>- 802.11n (2.4 GHz Wi-Fi)<br>- Works with the Wemo Cloud Server<br>- Manage and access your Wemo with the Wemo App<br>- Supports Rules and Schedules<br>- Away Mode support - Look like you're home even when you're not<br>- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)<br>- Control and schedule lights and appliances from anywhere<br>- Space-saving design (won't cover the whole outlet)<br>- Works with the following third-party services:<br>    - Apple HomeKit<br>    - Amazon Alexa<br>    - Google Assistant™<br>    - If This Then That (IFTTT®)<br>https://www.belkin.com/support-article/?articleNum=317057 |

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
    - WPA™ (TKIP) with pre-shared key (PSK)
    - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



https://www.belkin.com/ca/support-article/?articleNum=316280

 **belkin**    Products    Sale    New Arrivals    Shop By    Business    Support

# What is a Wemo Account

**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices.  It allows you to password-protect your Wemo devices and manage who has access to them.  On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.

## How does it work?

Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account.  Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App.  You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.

https://www.belkin.com/support-article

## Do I have to use a Wemo Account?

A Wemo Account is required to set up new Wemo devices.  Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account.  However, creating a Wemo Account and moving your devices to it is highly recommended.

## Are you just trying to collect my information?

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations.  The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



*Source: Teardown of the accused product*



https://youtu.be/zYXkDdwoIwY

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

- Confirm if your phone or tablet has remote access.
- If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.
- Try rebooting your router and modem.
- If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/my/support-article?articleNum=224185

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775

<table>
<tr>
<td></td>
<td>

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

Confirm if your phone or tablet has remote access.

If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.

Try rebooting your router and modem.

If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/support-article/?articleNum=224185

</td>
</tr>
<tr>
<td>said communication device is configured to determine if said SGPC ID and password are valid, and if not, return an error code to said user interface.</td>
<td>

The accused product ("Belkin's Wemo Wifi Smart Plug") said communication device is configured to determine if said SGPC ID and password are valid, and if not, return an error code to said user interface.

Wemo smartphone app provides power usage values of the Belkin's Wemo Wifi Smart Plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the server.

Further, while registering a Belkin's Wemo Wifi Smart Plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Wemo smartphone app.

</td>
</tr>
</table>

**Product Features**

- 802.11n (2.4 GHz Wi-Fi)
- Works with the Wemo Cloud Server
- Manage and access your Wemo with the Wemo App
- Supports Rules and Schedules
- Away Mode support - Look like you're home even when you're not
- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)
- Control and schedule lights and appliances from anywhere
- Space-saving design (won't cover the whole outlet)
- Works with the following third-party services:
  - Apple HomeKit
  - Amazon Alexa
  - Google Assistant™
  - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
    - WPA™ (TKIP) with pre-shared key (PSK)
    - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



https://www.belkin.com/ca/support-article/?articleNum=316280



Products     Sale     New Arrivals     Shop By     Business     Support

# What is a Wemo Account

**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices.  It allows you to password-protect your Wemo devices and manage who has access to them.  On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.

## How does it work?

Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account.  Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App.  You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.

https://www.belkin.com/support-article

### Do I have to use a Wemo Account?

A Wemo Account is required to set up new Wemo devices.  Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account.  However, creating a Wemo Account and moving your devices to it is highly recommended.

### Are you just trying to collect my information?

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations.  The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



*Source: Teardown of the accused product*



https://youtu.be/zYXkDdwoIwY

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

- Confirm if your phone or tablet has remote access.
- If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.
- Try rebooting your router and modem.
- If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/my/support-article?articleNum=224185

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775

| | |
|---|---|
| | **Wemo device not Detected**<br><br>If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:<br><br>Confirm if your phone or tablet has remote access.<br><br>If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.<br><br>Try rebooting your router and modem.<br><br>If none of these steps help, give our support team a call.  For more information, click <u>here</u>.<br><br>**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the <u>Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device</u>.  Disable the VPN service to enable linking to Google Home.<br><br>https://www.belkin.com/support-article/?articleNum=224185 |
| 21.          A tangible non-transitory computer usable medium having computer-readable program code means comprising a power control method wherein said method controls    a | The accused product discloses a system that practices a tangible non-transitory computer usable medium having computer-readable program code means comprising a power control method wherein said method controls a Smart Gateway Power Control (SGPC) system comprising (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.<br><br>The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface). The smart plug comprises memory that contains the tangible non-transitory computer usable medium having computer-readable program code. |

| | |
|---|---|
| Smart Gateway Power Control (SGPC) system comprising:<br><br>(a) power source plug;<br>(b) power load receptacle;<br>(c) power switch;<br>(d) power monitor;<br>(e) computing device; and<br>(f) wireless communication interface; | **belkin**    Products   Sale   New Arrivals   Shop By   Business   Support<br><br># Meet the Wemo WiFi Smart Plug, WSP080<br><br>The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF. The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem. It is the simple entry-point to the smart home experience. For more information, click here.<br><br>**Front Panel**<br><br><br><br>https://www.belkin.com/support-article/?articleNum=317057 |

**Apple® HomeKit™ code sticker**



**Power button**





https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

 **belkin**    Products    Sale    New Arrivals    Shop By    Business    Support

# Setting up your Wemo WiFi Smart Plug, WSP080 on an Android device

The **Wemo WiFi Smart Plug, WSP080** lets you turn electronic devices ON or OFF from anywhere. This article will help you set up the Wemo WiFi Smart Plug using an Android™ device.

**Before you begin:**
- Make sure your mobile device is connected to your home Wi-Fi.
- Create a Wemo Account. To know how, click here.
- Download the latest Wemo App from the Google Play™ store.
- If you are installing multiple Wemo WiFi Smart Plugs, write down the default Wi-Fi name (e.g., Wemo.Plug.001) located at its side.

https://www.belkin.com/support-article/?articleNum=317094

# Product Features

- 802.11n (2.4 GHz Wi-Fi)
- Works with the Wemo Cloud Server
- Manage and access your Wemo with the Wemo App
- Supports Rules and Schedules
- Away Mode support - Look like you're home even when you're not
- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)
- Control and schedule lights and appliances from anywhere
- Space-saving design (won't cover the whole outlet)
- Works with the following third-party services:
    - Apple HomeKit
    - Amazon Alexa
    - Google Assistant™
    - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
  - WPA™ (TKIP) with pre-shared key (PSK)
  - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057

The Belkin's Wemo Wifi Smart Plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor.

Wemo Smart Plug

**01.**

**Remote Control**

Turn devices on and off wherever you are using the Wemo app.

**02.**

**Scheduling**

Set schedules to automatically power electronics on and off.

**03.**

**Voice Control**

Control the smart plug with Alexa, Google Assistant or Siri.

**04.**

**Energy Monitoring**

View energy usage data to reduce electricity costs.

**05.**

**Away Mode**

Randomly turn lights on/off to deter intruders when you're away.

**06.**

**Compact Design**

Slim plug fits perfectly into cramped outlets without blocking others.

https://wemoofficial.com/wemo-smart-plug/

## What is the Wemo Smart Plug?    ✕

The Wemo Smart Plug is a WiFi-enabled power outlet that can be remotely controlled using a smartphone app or voice commands. It allows you to turn electronic devices on or off from anywhere using your phone. The smart plug can also monitor energy usage.

https://wemoofficial.com/wemo-smart-plug/

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775



https://www.belkin.com/support-article/?articleNum=317094

| wherein said power switch comprises a | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin). |
|---|---|

| | |
|---|---|
| primary and secondary contactor, said primary and secondary contactor electrically connected in response to a control input; | The smart plug comprises a switch (e.g., power switch) that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint).<br><br> belkin    Products   Sale   New Arrivals   Shop By   Business   Support<br><br># Meet the Wemo WiFi Smart Plug, WSP080<br><br>The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF. The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem. It is the simple entry-point to the smart home experience. For more information, click here.<br><br>**Front Panel**<br><br><br><br>https://www.belkin.com/support-article/?articleNum=317057 |

**Apple® HomeKit™ code sticker**



**Power button**




https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

| | |
|---|---|
| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Belkin's Wemo Wifi Smart Plug disclose an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch). |

 Products    Sale    New Arrivals    Shop By    Business    Support

# Meet the Wemo WiFi Smart Plug, WSP080

The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF. The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem. It is the simple entry-point to the smart home experience. For more information, click here.

## Front Panel



https://www.belkin.com/support-article/?articleNum=317057

**Apple® HomeKit™ code sticker**



**Power button**



 https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

| | |
|---|---|
| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch). |

 Products    Sale    New Arrivals    Shop By    Business    Support

# Meet the Wemo WiFi Smart Plug, WSP080

The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF.  The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem.  It is the simple entry-point to the smart home experience.  For more information, click here.

## Front Panel



https://www.belkin.com/support-article/?articleNum=317057

**Apple® HomeKit™ code sticker**



**Power button**





https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

| | |
|---|---|
| said power monitor produces a power value output in response to the electrical power flowing through said power load receptacle; | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.<br><br>Belkin's Wemo Wifi Smart Plug monitors the power load using a power monitoring and power value output in response to electrical power flowing through the power load receptacle. |

 Products    Sale    New Arrivals    Shop By    Business    Support

# Meet the Wemo WiFi Smart Plug, WSP080

The **Wemo WiFi Smart Plug, WSP080** allows you to control and view the status of your devices from anywhere and set Rules to automate turning your devices ON and OFF.  The device will send notifications, will work with Rules, and with other Wemo® products in the ecosystem.  It is the simple entry-point to the smart home experience.  For more information, click here.

## Front Panel



https://www.belkin.com/support-article/?articleNum=317057

 Products   Sale   New Arrivals   Shop By   Business   Support

# Setting up your Wemo WiFi Smart Plug, WSP080 on an Android device

The **Wemo WiFi Smart Plug, WSP080** lets you turn electronic devices ON or OFF from anywhere.  This article will help you set up the Wemo WiFi Smart Plug using an Android™ device.

**Before you begin:**
- Make sure your mobile device is connected to your home Wi-Fi.
- Create a Wemo Account.  To know how, click here.
- Download the latest Wemo App from the Google Play™ store.
- If you are installing multiple Wemo WiFi Smart Plugs, write down the default Wi-Fi name (e.g., Wemo.Plug.001) located at its side.

https://www.belkin.com/support-article/?articleNum=317094

## Product Features

- 802.11n (2.4 GHz Wi-Fi)
- Works with the Wemo Cloud Server
- Manage and access your Wemo with the Wemo App
- Supports Rules and Schedules
- Away Mode support - Look like you're home even when you're not
- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)
- Control and schedule lights and appliances from anywhere
- Space-saving design (won't cover the whole outlet)
- Works with the following third-party services:
  - Apple HomeKit
  - Amazon Alexa
  - Google Assistant™
  - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
    - WPA™ (TKIP) with pre-shared key (PSK)
    - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057

The Belkin's Wemo Wifi Smart Plug monitors the state of the power load on the smart plug device using the ON and OFF values indicating a power monitor.

Wemo Smart Plug

**01.**

**Remote Control**

Turn devices on and off wherever you are using the Wemo app.

**02.**

**Scheduling**

Set schedules to automatically power electronics on and off.

**03.**

**Voice Control**

Control the smart plug with Alexa, Google Assistant or Siri.

**04.**

**Energy Monitoring**

View energy usage data to reduce electricity costs.

**05.**

**Away Mode**

Randomly turn lights on/off to deter intruders when you're away.

**06.**

**Compact Design**

Slim plug fits perfectly into cramped outlets without blocking others.

https://wemoofficial.com/wemo-smart-plug/

## What is the Wemo Smart Plug? ✕

The Wemo Smart Plug is a WiFi-enabled power outlet that can be remotely controlled using a smartphone app or voice commands. It allows you to turn electronic devices on or off from anywhere using your phone. The smart plug can also monitor energy usage.

https://wemoofficial.com/wemo-smart-plug/



https://play.google.com/store/apps/details?id=com.belkin.wemoandroid&hl=en_US

| said computing device is | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input. |
|---|---|

| | |
|---|---|
| electrically connected to said power switch control input; | The accused product comprises a processor (e.g., computing device) that is electrically connected to the relay on the PCB.<br><br><br><br>*Source: Teardown of the accused product* |
| said computing device is electrically connected to said power monitor power value output; | The accused product discloses the system such that said computing device that is electrically connected to said power monitor power value output.<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. |



*Source: Teardown of the accused product*

Wemo Smart Plug

01.

Remote Control

Turn devices on and off wherever you are using the Wemo app.

02.

Scheduling

Set schedules to automatically power electronics on and off.

03.

Voice Control

Control the smart plug with Alexa, Google Assistant or Siri.

04.

Energy Monitoring

View energy usage data to reduce electricity costs.

05.

Away Mode

Randomly turn lights on/off to deter intruders when you're away.

06.

Compact Design

Slim plug fits perfectly into cramped outlets without blocking others.

https://wemoofficial.com/wemo-smart-plug/

**What is the Wemo Smart Plug?**    ✕

The Wemo Smart Plug is a WiFi–enabled power outlet that can be remotely controlled using a smartphone app or voice commands. It allows you to turn electronic devices on or off from anywhere using your phone. The smart plug can also monitor energy usage.

https://wemoofficial.com/wemo-smart-plug/



https://play.google.com/store/apps/details?id=com.belkin.wemoandroid&hl=en_US

| said computing device | The accused product discloses the system such that said computing device (e.g., processor) communicates to a first computer network (e.g., communication network between Wemo cloud server and Belkin's Wemo Wifi Smart Plug) via said wireless communication interface (e.g., Wi-Fi |

| communicates to a first computer network via said wireless communication interface and modulates the state of said power switch control input in response to commands received from a user interface communicating with said a second computer network; and | network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Wemo smartphone app) communicating with a second computer network (e.g., communication network between Wemo cloud server and Wemo smartphone app).<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Wemo cloud server.<br><br>Further, Belkin provides an Wemo smartphone app that can communicate to the Wemo cloud server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug. |
|---|---|



https://www.belkin.com/support-article/?articleNum=317094



https://www.belkin.com/support-article/?articleNum=317094



https://www.belkin.com/support-article/?articleNum=317094

 **belkin**    Products    Sale    New Arrivals    Shop By    Business    Support

# Setting up your Wemo WiFi Smart Plug, WSP080 on an Android device

The **Wemo WiFi Smart Plug, WSP080** lets you turn electronic devices ON or OFF from anywhere.  This article will help you set up the Wemo WiFi Smart Plug using an Android™ device.

**Before you begin:**
- Make sure your mobile device is connected to your home Wi-Fi.
- Create a Wemo Account.  To know how, click here.
- Download the latest Wemo App from the Google Play™ store.
- If you are installing multiple Wemo WiFi Smart Plugs, write down the default Wi-Fi name (e.g., Wemo.Plug.001) located at its side.

https://www.belkin.com/support-article/?articleNum=317094

Belkin's Wemo Wifi Smart Plug can be controlled with the Wemo app over the Wemo service that is based in cloud. This indicates a communication between a computing device (Belkin's Wemo Wifi Smart Plug) first network to a user interface enabled communication device such as smartphone in a second network.

# Product Features

- 802.11n (2.4 GHz Wi-Fi)
- Works with the Wemo Cloud Server
- Manage and access your Wemo with the Wemo App
- Supports Rules and Schedules
- Away Mode support - Look like you're home even when you're not
- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)
- Control and schedule lights and appliances from anywhere
- Space-saving design (won't cover the whole outlet)
- Works with the following third-party services:
  - Apple HomeKit
  - Amazon Alexa
  - Google Assistant™
  - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
    - WPA™ (TKIP) with pre-shared key (PSK)
    - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

| said computing device communicates with said first computer network via said wireless communication interface and transmits | The accused product discloses the system such that said computing device communicates with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network. |
| --- | --- |
| | The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Wemo cloud server. |
| | Further, Belkin provides an Wemo smartphone app that can communicate to the Wemo cloud server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug. |

| | |
|---|---|
| said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network; | <br><br>https://www.belkin.com/support-article/?articleNum=317094 |



https://www.belkin.com/support-article/?articleNum=317094



https://www.belkin.com/support-article/?articleNum=317094

 **belkin**    Products    Sale    New Arrivals    Shop By    Business    Support

# Setting up your Wemo WiFi Smart Plug, WSP080 on an Android device

The **Wemo WiFi Smart Plug, WSP080** lets you turn electronic devices ON or OFF from anywhere. This article will help you set up the Wemo WiFi Smart Plug using an Android™ device.

**Before you begin:**
- Make sure your mobile device is connected to your home Wi-Fi.
- Create a Wemo Account. To know how, click here.
- Download the latest Wemo App from the Google Play™ store.
- If you are installing multiple Wemo WiFi Smart Plugs, write down the default Wi-Fi name (e.g., Wemo.Plug.001) located at its side.

https://www.belkin.com/support-article/?articleNum=317094

Belkin's Wemo Wifi Smart Plug can be controlled with the Wemo app over the Wemo service that is based in cloud. This indicates a communication between a computing device (Belkin's Wemo Wifi Smart Plug) first network to a user interface enabled communication device such as smartphone in a second network.

# Product Features

- 802.11n (2.4 GHz Wi-Fi)
- Works with the Wemo Cloud Server
- Manage and access your Wemo with the Wemo App
- Supports Rules and Schedules
- Away Mode support - Look like you're home even when you're not
- Control Wemo hands-free using your voice (when paired with a voice recognition device or service)
- Control and schedule lights and appliances from anywhere
- Space-saving design (won't cover the whole outlet)
- Works with the following third-party services:
    - Apple HomeKit
    - Amazon Alexa
    - Google Assistant™
    - If This Then That (IFTTT®)

https://www.belkin.com/support-article/?articleNum=317057

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
    - WPA™ (TKIP) with pre-shared key (PSK)
    - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



*Source: Teardown of the accused product*

Wemo Smart Plug

01.

Remote Control

Turn devices on and off wherever you are using the Wemo app.

02.

Scheduling

Set schedules to automatically power electronics on and off.

03.

Voice Control

Control the smart plug with Alexa, Google Assistant or Siri.

04.

Energy Monitoring

View energy usage data to reduce electricity costs.

05.

Away Mode

Randomly turn lights on/off to deter intruders when you're away.

06.

Compact Design

Slim plug fits perfectly into cramped outlets without blocking others.

https://wemoofficial.com/wemo-smart-plug/

**What is the Wemo Smart Plug?**                                    ✕

The Wemo Smart Plug is a WiFi–enabled power outlet that can be remotely controlled using a smartphone app or voice commands. It allows you to turn electronic devices on or off from anywhere using your phone. The smart plug can also monitor energy usage.

https://wemoofficial.com/wemo-smart-plug/



https://play.google.com/store/apps/details?id=com.belkin.wemoandroid&hl=en_US

| wherein said method comprises | The accused product discloses the system that practices registering a communication device (e.g., a smartphone enabled with Wemo smartphone app) with said SGPC using an e-mail address (e.g., email address), phone number, or other device identifier. |
|---|---|

| | |
|---|---|
| the steps of: (1) registering a communication device with said SGPC using an e-mail address, phone number, or other device identifier; | As shown below, a user can create an account using its email address. It can also register an Belkin's Wemo Wifi Smart Plug using the Wemo smartphone app. The user's smartphone with the Wemo app registered with the smart plug.<br><br>**belkin**  Products  Sale  New Arrivals  Shop By  Business  Support<br><br># What is a Wemo Account<br><br>**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices.  It allows you to password-protect your Wemo devices and manage who has access to them.  On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.<br><br>## How does it work?<br><br>Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account.  Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App.  You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.<br><br>https://www.belkin.com/support-article |

**Do I have to use a Wemo Account?**

A Wemo Account is required to set up new Wemo devices.  Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account.  However, creating a Wemo Account and moving your devices to it is highly recommended.

**Are you just trying to collect my information?**

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations.  The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



https://www.belkin.com/ca/support-article/?articleNum=316280

| | |
|---|---|
| | **Wemo device not Detected**<br><br>If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:<br><br>Confirm if your phone or tablet has remote access.<br><br>If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.<br><br>Try rebooting your router and modem.<br><br>If none of these steps help, give our support team a call.  For more information, click here.<br><br>**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.<br><br>https://www.belkin.com/support-article/?articleNum=224185 |
| (2) notifying said communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by periodically sending update messages to said communicati | The accused product discloses the system that practices notifying said communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by periodically sending update messages to said communication device.<br><br>Wemo smartphone app provides power usage values of the Belkin's Wemo Wifi Smart Plug. It receives these values from the Wemo cloud server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Wemo cloud server.<br><br>Further, while registering a Belkin's Wemo Wifi Smart Plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Wemo smartphone app. |

| on device; | **Product Features**<br><br>• 802.11n (2.4 GHz Wi-Fi)<br>• Works with the Wemo Cloud Server<br>• Manage and access your Wemo with the Wemo App<br>• Supports Rules and Schedules<br>• Away Mode support - Look like you're home even when you're not<br>• Control Wemo hands-free using your voice (when paired with a voice recognition device or service)<br>• Control and schedule lights and appliances from anywhere<br>• Space-saving design (won't cover the whole outlet)<br>• Works with the following third-party services:<br>    • Apple HomeKit<br>    • Amazon Alexa<br>    • Google Assistant™<br>    • If This Then That (IFTTT®)<br><br>https://www.belkin.com/support-article/?articleNum=317057 |

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
  - WPA™ (TKIP) with pre-shared key (PSK)
  - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



https://www.belkin.com/ca/support-article/?articleNum=316280

  **Products**    **Sale**    **New Arrivals**    **Shop By**    **Business**    **Support**

# What is a Wemo Account

**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices.  It allows you to password-protect your Wemo devices and manage who has access to them.  On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.

## How does it work?

Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account.  Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App.  You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.

https://www.belkin.com/support-article

## Do I have to use a Wemo Account?

A Wemo Account is required to set up new Wemo devices.  Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account.  However, creating a Wemo Account and moving your devices to it is highly recommended.

## Are you just trying to collect my information?

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations.  The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



*Source: Teardown of the accused product*



https://youtu.be/zYXkDdwoIwY

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

- Confirm if your phone or tablet has remote access.
- If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.
- Try rebooting your router and modem.
- If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/my/support-article?articleNum=224185

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775

| | |
|---|---|
| | **Wemo device not Detected**<br><br>If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:<br><br>Confirm if your phone or tablet has remote access.<br><br>If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices. If you are able to control them remotely, then remote access is enabled for them.<br><br>Try rebooting your router and modem.<br><br>If none of these steps help, give our support team a call. For more information, click <u>here</u>.<br><br>**NOTE:** Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home. In this particular case, Google VPN is blocking and preventing linking. This happens because the <u>Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device</u>. Disable the VPN service to enable linking to Google Home.<br><br>https://www.belkin.com/support-article/?articleNum=224185 |
| (3) retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP address or port for use in communicating with said SGPC; and (4) | The accused product discloses the system that practices retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP address or port for use in communicating with said SGPC.<br><br>Wemo smartphone app provides power usage values of the Belkin's Wemo Wifi Smart Plug. It receives these values from the Wemo cloud server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Wemo cloud server.<br><br>Further, while registering a Belkin's Wemo Wifi Smart Plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Wemo smartphone app. |

| terminating said method. | **Product Features**<br><br>• 802.11n (2.4 GHz Wi-Fi)<br>• Works with the Wemo Cloud Server<br>• Manage and access your Wemo with the Wemo App<br>• Supports Rules and Schedules<br>• Away Mode support - Look like you're home even when you're not<br>• Control Wemo hands-free using your voice (when paired with a voice recognition device or service)<br>• Control and schedule lights and appliances from anywhere<br>• Space-saving design (won't cover the whole outlet)<br>• Works with the following third-party services:<br>    • Apple HomeKit<br>    • Amazon Alexa<br>    • Google Assistant™<br>    • If This Then That (IFTTT®)<br>https://www.belkin.com/support-article/?articleNum=317057 |
|---|---|

## Product Specifications

- 3-year limited warranty
- Dimensions:  2.047 in  x 1.18 in x 1.33 in  (W x H x D)
- Weight:  0.12 oz (3.4 g)
- Output:  120V, 15A, 1/2HP, 1800W
- Input (electrical rating):  120V~ / 15A / 60 Hz / 1800W
- Wi-Fi Security
    - WPA™ (TKIP) with pre-shared key (PSK)
    - WPA2™ (AES/TKIP) with pre-shared key (PSK)

## Setup Requirements

- Latest Wemo App (minimum version 1.25)
- Wemo Account
- Wi-Fi network
- Active internet connection
- Latest Android™ version
- Latest iOS version (with the latest Apple Home app installed)

https://www.belkin.com/support-article/?articleNum=317057



https://www.belkin.com/ca/support-article/?articleNum=316280

 **belkin**    Products    Sale    New Arrivals    Shop By    Business    Support

# What is a Wemo Account

**Wemo® Accounts** is a new and more secure way to access and control your Wemo devices. It allows you to password-protect your Wemo devices and manage who has access to them. On top of enhanced security, Wemo Accounts improves the reliability of your Wemos as well as the ability to control multiple locations from a single smartphone or tablet.

## How does it work?

Using your email address, you can create a FREE Wemo Account and associate your Wemo devices with this account. Once linked to an account, you can access all of your Wemo devices from anywhere at any time simply by signing in to the Wemo App. You no longer have to worry about changing out a phone or tablet and losing access to your Wemos.

https://www.belkin.com/support-article

## Do I have to use a Wemo Account?

A Wemo Account is required to set up new Wemo devices. Wemo users with existing Wemo installations set up prior to Wemo Accounts can continue using their existing devices without a Wemo Account. However, creating a Wemo Account and moving your devices to it is highly recommended.

## Are you just trying to collect my information?

Here at Wemo, we respect your privacy and follow all guidelines laid out under both **General Data Protection Regulation (GDPR)** and **California Consumer Privacy Act (CCPA)** regulations. The following information is necessary for creating a Wemo Account:

- Email address
- Password
- Wemo device MAC address
- Wemo device serial number

https://www.belkin.com/support-article



*Source: Teardown of the accused product*



https://youtu.be/zYXkDdwoIwY

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

- Confirm if your phone or tablet has remote access.
- If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.
- Try rebooting your router and modem.
- If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/my/support-article?articleNum=224185

# How to do a WiFi reset on my HomeKit-only Wemo WiFi Smart Plug

Your Wemo® device stores the WiFi name and password in its internal memory.  The information stays on the device even if it is powered down.  If you ever need to change the WiFi settings, you have two options:

- Perform a WiFi reset.  This will remove the stored WiFi information only (WiFi name and password), leaving all other custom information intact.  This is useful when you have changed the name or password of your WiFi or have changed your router.
- Perform a full factory restore.  This will erase all stored content and settings of your Wemo.   For instructions on how to perform a factory restore on the Wemo WiFi Smart Plug for HomeKit®, click here.

https://www.belkin.com/support-article/?articleNum=317775

**Wemo device not Detected**

If detection still does not take place after doing the steps above, below are some troubleshooting tips you can try:

Confirm if your phone or tablet has remote access.

If you are able to take your phone or tablet to a remote connection (a different Wi-Fi than your Wemo devices connect to or a cellular connection), switch to that and try controlling your Wemo devices.  If you are able to control them remotely, then remote access is enabled for them.

Try rebooting your router and modem.

If none of these steps help, give our support team a call.  For more information, click here.

**NOTE:**  Some ISP services like Google Fi has a VPN service that can prevent your Wemo from linking to the Google Home.  In this particular case, Google VPN is blocking and preventing linking.  This happens because the Wemo cloud compares the WAN IP address of the request with the WAN IP address of the Wemo device.  Disable the VPN service to enable linking to Google Home.

https://www.belkin.com/support-article/?articleNum=224185